STATE v. LANIER

No. 37PC

Case below: 50 NC App 383

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 May 1981.

STATE v. PERRY

No. 47PC

Case below: 50 NC App 540

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 May 1981.

STATE v. PETERS

No. 109PC

Case below: 50 NC App 746

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 May 1981.

STATE v. QUINERLY

No. 95PC

Case below: 50 NC App 563

Application by defendant for further review denied 5 May 1981.

STATE v. SMITH

No. 111PC

Case below: 50 NC App 746

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 May 1981.